## 49201. JARRETT v. THE STATE.

PANNELL, Judge.
Defendant was convicted of several counts of forgery in the first degree, and he appealed to this court. *Held:*
The factual statement in none of the enumerations of error is supported by the record. A contention not supported by the record will not be considered by this court. *John L. Hutcheson &c. Hospital v. Oliver,* 120 Ga. App. 547, 548(3) (171 SE2d 649); *Jenkins v. Board of Zoning Appeals of City of Columbus,* 122 Ga. App. 412, 413(2) (177 SE2d 204).

*Judgment affirmed. Eberhardt, P. J., and Evans, J., concur.*

SUBMITTED APRIL 4, 1974 — DECIDED MAY 6, 1974.

Jonah Jarrett, *pro se.*